AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | **26-MJ-2991-SANCHEZ** |
| v. | ) | |
| Jayson Lee Tennant | ) | Case No.  4:26 MJ 6137 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

**ARREST WARRANT**

FILED BY_____BM_____D.C.

**Jun 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Jayson Tennant                                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

  JAYSON LEE TENNANT has committed violations of Title 18, U.S.C. § 875(c) (Interstate Threatening Communications).

Date:      05/21/2026                          _Carmen Henderson_
                                                                  _Issuing officer's signature_

City and state:      Youngstown, Ohio                          Carmen E. Henderson, U.S. Magistrate Judge
                                                                  _Printed name and title_

| **Return** |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                          _____ <br> _Arresting officer's signature_ |
| _____ <br> _Printed name and title_ |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

**FILED**

9:19 pm May 21 2026

**Clerk U.S. District Court**
**Northern District of Ohio**
**Youngstown**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jayson Lee Tennant | ) |
| | ) |
| | ) |
| | ) |
| | ) |

**26-MJ-2991-SANCHEZ**

Case No.

4:26 MJ 6137

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 21, 2026 _____ in the county of _____ Summit _____ in the _____ Northern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Edquist, Special Agent, FBI
_____
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: _____ 05/21/2026 _____

City and state: _____ Youngstown, Ohio _____

*Carmen Henderson*
_____
*Judge's signature*

Carmen E. Henderson, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Timothy E. Edquist, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been a Special Agent (SA) with the Federal Bureau of Investigation ("FBI") since 2013. During this time, I have been assigned numerous investigations involving violations of federal law, to include violations of Interstate Communication of Threats. I am currently assigned to the FBI Cleveland Division, Akron Resident Agency, Greater Akron Area Safe Streets Task Force, and am responsible for investigations involving violation of various criminal laws including investigations involving the use of violence, cyberstalking, and interstate threats.

2.      This investigation pertains to ongoing harassment and threats communicated over email to victims residing within the Northern District of Ohio, as well as the Middle District of Florida.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested Complaint and Arrest Warrant and does not set forth all my knowledge about this matter.

## PERTINENT FEDERAL CRIMINAL STATUTE

4.      Title 18, U.S.C. § 875(c) (Interstate Threatening Communications).

## PROBABLE CAUSE

5.      Over an approximately one-year period, a series of harassing and threatening communications have been received by victims within the Northern District of Ohio and the Middle District of Florida. The context of the messages and repeated references to events involving several perceived grievances with multiple federal, state, and/or local law enforcement

agencies, including multiple identified victims and recipients of chain email messages, suggested that these communications are related and sent by the same individual. Over time, communications, primarily via email, have contained more aggressive language, rhetoric, and tone.

6.    Investigation has revealed primary subject **JAYSON LEE TENNANT** (hereinafter, **TENNANT**) as the sender of such messages.

7.    This affidavit refers to the following individuals, all of whose names and identities are known to law enforcement:

   a.   VICTIM 1 is a sworn law enforcement officer for the Sagamore Hills Police Department, in Summit County, Ohio.

   b.   VICTIM 2 is a sworn law enforcement officer for the Sarasota County Sheriff's Office, in Sarasota County, Florida.

8.    On or about March 1, 2025, the FBI Cleveland Division general email inbox received email message from an identified email address. In the message, the sender threatened to come to the FBI with the intent of entering the facility and demanding assistance with a perceived issue. The sender then threatened to shoot up the FBI facility and the Sagamore Hills Police Department if assistance was not provided. Investigators from the FBI and Sagamore Hills Police Department were able to quickly identify **TENNANT** as the likely sender of the threatening message.

9.    On or about March 1, 2025, investigators spoke to **TENNANT** about the threatening message after **TENNANT** arrived at the Sagamore Hills Police Department for an interview. **TENNANT** told investigators that he did send the threatening message from the identified email address and that he did regularly utilize the email address.

10.     On or about May 21, 2026, VICTIM 1 and VICTIM 2 received multiple email messages from the following email address: daystar024@gmail.com.

11.     On or about May 21, 2026, the user of email address daystar024@gmail.com sent an email to multiple individuals residing in the Northern District of Ohio and the Middle District of Florida, including VICTIM 1 and VICTIM 2, which stated, in part:

> Subject: [EXTERNAL EMAIL] - Fwd: Matt Ayers (Skywalker 2023)
>
> [VICTIM 1], [VICTIM 2] your both deadmen walking as far as I am concerned.

12.     On or about May 21, 2026, the user of email address daystar024@gmail.com sent another email to multiple individuals residing in the Northern District of Ohio and the Middle District of Florida, including VICTIM 1 and VICTIM 2, which stated, in part:

> Subject: [EXTERNAL EMAIL] - London to Cleveland ~> FL
>
> With my AR and my vest.
>
> I'm not event [sic] playing with you pansy LE [law enforcement] assholes anymore. It's called fucking communication. If you can't do that then you took a chance that I will murder you for. In the 1st. I'm not a plead the 5th degree bitch

13.     On or about May 21, 2026, I reviewed and verified the two threatening messages received by both VICTIM 1 and VICTIM 2, as the email correspondences were also received by the FBI Cleveland Division general email inbox, and were forwarded to me for review.

14.     On or about May 21, 2026, I spoke with VICTIM 1 about the threatening email messages described above. VICTIM 1 informed me that he/she did receive and read the two

previously described threatening messages from the daystar024@gmail.com email address, and that he/she was in the state of Ohio, specifically, in the Northern District of Ohio, when the messages were received.

16. On or about May 21, 2026, I spoke with VICTIM 2 about the threatening email messages described above. VICTIM 1 informed me that he/she did receive the two previously described threatening messages from the daystar024@gmail.com email address, and that he/she was in the state of Florida, specifically, in the Middle District of Florida, when the messages were received.

16. On or about May 21, 2026, representatives from Google LLC's Google Legal Investigations Support responded to an exigent legal request submitted to the company on the same date by the FBI. The exigent request submitted to Google LLC was for user information and login information corresponding to the following email address: daystar024@gmail.com. The information returned by Google LLC revealed identifying information that showed the user of the account was, in fact, **TENNANT**. Specifically, a telephone number listed for an account recovery SMS feature for the Google account was a cellular telephone number that, based on previous investigation, I know to be utilized by **TENNANT**. Additionally, **TENNANT**'s first and last name, as well as **TENNANT**'s home address for his residence in Sagamore Hills, Ohio,[1] was listed in the customer information results for the Google Pay feature of the Google account.

---

[1] **TENNANT'S** residence is located in Northfield, Ohio.  However, Google records list the address as being in the neighboring city of Sagamore Hills, Ohio, as the zip code for the residence (44067) is used for both cities.

## CONCLUSION

17.     Based on the foregoing, I believe that there is probable cause to believe that

**JAYSON LEE TENNANT** has committed violations of Title 18, U.S.C. § 875(c) (Interstate

Threatening Communications).  Accordingly, I respectfully request that this Court authorize a

criminal complaint against **TENNANT** for such offense and issue a warrant for **TENNANT'S**

arrest.

Respectfully submitted,

Timothy E. Edquist
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to me this _21st__ day of May 2026 via telephone after submission by
reliable electronic means. FED. R. CRIM. P. 4.1 and 41(d)(3).

CARMEN E HENDERSON
UNITED STATES MAGISTRATE JUDGE